NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Barrett S. Litt
Ronald O. Kaye
Kevin J. LaHue
Kaye, McLane. Bednarski & Litt, LLP
975 East Green Street
Pasadena, CA 91106
Tel: 626-844-7660

ATTORNEY(S) FOR:  Plaintiff Andrew Wilson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANDREW WILSON,

Plaintiff(s),

v.

CITY OF LOS ANGELES; COUNTY OF LOS ANGELES; RICHARD MARKS; AND DOES 1-10, INCLUSIVE,

Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Andrew Wilson_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Andrew Wilson | Plaintiff |
| City of Los Angeles | Defendant |
| County of Los Angeles | Defendant |
| Richard Marks | Defendant |

June 28, 2018                   /s/ Barrett S. Litt
Date                            Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Andrew Wilson