BARRETT S. LITT, SBN 45527
Email: blitt@mbllegal.com
KEVIN J. LaHUE, SBN 237556
Email: klahue@mbllegal.com
LAURA F. DONALDSON, SBN 307638
Email: ldonaldson@mbllegal.com
BEN SHAW, SBN 319194
Email: bshaw@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys for Plaintiff
ANDREW WILSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANDREW WILSON,

    Plaintiff,

v.

CITY OF LOS ANGELES;
COUNTY OF LOS ANGELES;
RICHARD MARKS; AND
DOES 1-10, INCLUSIVE;

    Defendant.

No. 2:18-CV-05775 KS

[Hon. Karen L. Stevenson]

**STATUS REPORT REGARDING PROGRESS OF SETTLEMENT OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CITY OF LOS ANGELES AND RICHARD MARKS**

DATE: August 17, 2022
TIME: 10:00 a.m.
CTRM: 580

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Pursuant to this Court's Order (Docket 222), Plaintiff Andrew Wilson and Defendants City of Los Angeles (the "City") and Richard Marks ("Marks"), by and through their counsel of record, respectfully submit the following report advising the Court of the status of the parties' settlement:

On January 4, 2022 (Dkt. 219), the Parties requested a continuance of the previously scheduled status conference and advised the Court that they reached a tentative settlement in principle, subject to the City's internal approval process. The Court continued the status conference to August 17, 2022 (Dkt. 220). The Court also requested that the parties "file either: (1) a stipulation and proposed order for dismissal of the action or judgment; (2) a joint status report regarding the status of the settlement; or (3) a motion to reopen this action." (Dkt. 221)

The Parties advise the Court that a settlement is documented in a mutually agreeable settlement agreement, and payment is in process. Part of the settlement funds have been received by Plaintiff. As of today, the City's accounting department confirmed the remaining settlement funds were processed on August 8th, 2022. According to their records, it appears the funds will be received by Plaintiff on August, 12th, 2022. As such, the funds are expected to be received before the August 17, 2022 Status Conference.

Accordingly, counsel respectfully request the August 17, 2022 Status Conference remain on calendar.

DCA Shepherd will be away from the office from August 15, 2022 to August 19, 2022. However, she will attempt to make arrangements for another DCA to appear on her behalf at the upcoming Telephonic Status Conference to be held on August 17, 2022. However, DCA Shepherd anticipates that if the funds are received by Plaintiff's

1 | counsel on August 12, 2022, a stipulation for dismissal with prejudice will be filed that
2 | day prior to 11:59 p.m.

5 | DATED:    August 10, 2022    McLane, Bednarski & Litt, LLP

By: /s/ *Kevin LaHue*
    Barrett S. Litt
    Kevin J. LaHue
    *Attorneys for Plaintiff,*
    ANDREW WILSON

DATED:    August 10, 2022    OFFICE OF THE CITY ATTORNEY

By: /s/ *Surekha Shepherd*
    Surekha Shepherd
    *Attorneys for Defendants*,
    CITY OF LOS ANGELES
    and RICHARD MARKS

STATUS REPORT RE SETTLEMENT OF PLTF'S CLAIMS
AGAINST DEFS CITY OF LOS ANGELES AND RICHARD MARKS
2